IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Randy Mullinax, | ) | Case No. 2:09-0001-PMD |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| Michael J. Astrue, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

This matter is before the court upon plaintiff's motion for attorney's fees pursuant to 42 U.S.C. § 406(b). Defendant has filed with the court on June 27, 2011, a response to plaintiff's Motion for Attorney's Fees Pursuant to the Social Security Act, 42 U.S.C. § 406(b) stating he does not oppose plaintiff's request for attorney's fees . Now therefore upon good cause shown,

**IT IS HEREWITH ORDERED** that plaintiff's attorney is awarded $8,271.00 in attorney's fees.

**AND IT IS SO ORDERED**.

_____
PATRICK MICHAEL DUFFY
United States District Judge

June 28, 2011
Charleston, South Carolina